E-FILED
Monday, 07 February, 2005  02:43:31 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| VINCENT MILES, | ) |
| Petitioner, | ) |
| v. | ) No. 05-1026 |
| GUY PIERCE, | ) |
| Respondent. | ) |

# **O R D E R**

Vincent Miles tenders a petition for a writ of habeas corpus under 28 U.S.C. § 2254 along with an application to proceed in forma pauperis.  The filing fee for a habeas petition is only $5.  28 U.S.C. § 1914(a).  Rule 3(a)(2) of the Rules Governing Section 2254 Cases requires a certificate from an appropriate officer of the place of confinement showing the amount of money the petitioner has in his account at the institution.

Miles has not provided this and so his IFP application (docket no. 1) will be DENIED.  Miles will be allowed 30 days from the date of this order to pay the filing fee or submit a proper application.

Signed this **7th** day of February 2005.

s/ Joe B. McDade
JOE BILLY McDADE
United States District Judge