E-FILED
Wednesday, 02 March, 2005  03:07:58 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
MAR 0 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

VINCENT MILES )
)
_____ )
)
Plaintiff,         )
)
vs.                )   No. 05-1026
)   (Supplied by Clerk)
GUY PIERCE )
)
_____ )
)
Defendant(s)        )

PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
WITHOUT PREPAYMENT OF FEES AND COSTS

I, VINCENT MILES, plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of proverty.

3. I am (check one) Single ✓  Married ___  Separated ___  Divorced ___

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center? Yes ( ) No (✓)

B. If so, by whom, what is your position, and what is your pay?

_____

_____

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?

LAST INSTITUTIONAL JOB: APPROXIMATELY 2002  MADE $30 PER MONTH

D. Have you received money from any other source, including judgments, in the last 6 months? Yes (✓) No ( ) If yes, describe each source and state how much you received.

WITHIN LAST 6 MONTH I RECEIVED A TOTAL OF $170.00 FROM

MY FATHER.

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? — 10.07 (OWED FOR LEGAL COPIES)

F. If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

VARIOUS WITHDRAWALS WERE MADE FROM MY TRUST FUND ACCOUNT FOR MEDICAL CO-PAY, LEGAL COPIES, SECTION 1983 FILING FEES, AND INMATE COMMISSARY. (SEE TRUST FUND LEDGER)

G. How much money do you have in private checking or savings accounts?

NONE

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( ) No (✓)

If yes, describe the property and its approximate value:

I. Do you have any debts or obligations? Yes (✓) No ( )

If yes, list the amount owed, to whom, and any current payments that you are making.

AMOUNT OWED: $10.07 TO I.D.O.C. FOR LEGAL COPIES. PAYMENTS MADE VIA INSTITUTIONAL STATE PAY. ($10 PER MONTH)

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

NONE

K. Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributiions to them.

I declare under penalty of perjury and fine that the foregoing is true and correct and that "I have a continuing duty to advise the court of any changes in my financial position as stated above.

*Vincent Miles*
SIGNATURE

2/25/05
DATE

2

CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

    I hereby certify that the plaintiff or petitioner in this action has the sum of $ -10.07 in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securites to his credit according to the records of this institution:

_____

_____

_____

_____

_____

*Janet Jones*
(Authorized Officer)

*Pontiac Corr Center*
(Institution)

*Acct Clerk II*
(Title)

DATE   2/24/05

IMPORTANT:
    THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

Date: 2/24/2005    Time: 11:17am    d_list_inmate_trans_statement_composite

05-cv-01026-JBM    # 3    Page 4 of 6

Pontiac Correctional Center
Trust Fund
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 08/24/2004 thru End;    Inmate: N41303;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: N41303 Miles, Vincent**                    **Housing Unit: PON-SP-05-05**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Balance: |  | 27.50 |
| 08/25/04 | Point of Sale | 60 Commissary | 238728 | 165947 | Commissary | -25.56 | 1.94 |
| 08/31/04 | Disbursements | 84 Library | 244360 | Chk #52036 | 388378 - DOC: Library Copies | -.30 | 1.64 |
| 08/31/04 | Disbursements | 80 Postage | 244360 | Chk #52037 | 388213 - DOC: Postage | -.83 | .81 |
| 09/10/04 | Payroll | 20 Payroll Adjustment | 254118 |  | P/R month of 08/2004 | 8.00 | 8.81 |
| 09/15/04 | AP Correction | 80 Postage | 259560 | Chk #52037 Voided | 388213 - DOC: Postage | .83 | 9.64 |
| 09/15/04 | Disbursements | 84 Library | 259318 | Chk #52097 | 390841 - DOC: Library Copies | -5.65 | 3.99 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 388213 - DOC: Postage | -.83 | 3.16 |
| 09/15/04 | Disbursements | 90 Medical Co-Pay | 259318 | Chk #52102 | 391258 - DOC: Medical Co-Pay | -2.00 | 1.16 |
| 09/27/04 | Disbursements | 84 Library | 271318 | Chk #52323 | 391795, DOC: Library Copies, Inv. Date: 09/16/2004 | -.15 | 1.01 |
| 09/27/04 | Disbursements | 81 Legal Postage | 271318 | Chk #52324 | 391610, DOC: Postage, Inv. Date: 09/16/2004 | -.37 | .64 |
| 10/08/04 | Payroll | 20 Payroll Adjustment | 282120 |  | P/R month of 09/2004 | 8.00 | 8.64 |
| 10/08/04 | Mail Room | 01 MO/Checks (Not Held) | 282225 | 44796816823 | Miles, Charles | 30.00 | 38.64 |
| 10/13/04 | Disbursements | 84 Library | 287320 | Chk #52457 | 393597, DOC - Library Copies, Inv. Date: 09/28/2004 | -.05 | 38.59 |
| 10/13/04 | Disbursements | 84 Library | 287320 | Chk #52457 | 393600, DOC - Library Copies, Inv. Date: 09/28/2004 | -.20 | 38.39 |
| 10/13/04 | Disbursements | 80 Postage | 287320 | Chk #52459 | 390643, DOC: 523 Fund Reimburs, Inv. Date: 10/06/2004 | -.37 | 38.02 |
| 10/13/04 | Disbursements | 73 Court Ordered Fees | 287320 | Chk #52485 | 0006326, Clerk-Peoria Central, Inv. Date: 08/13/2003 | -6.00 | 32.02 |
| 10/13/04 | Point of Sale | 60 Commissary | 287728 | 169694 | Commissary | -26.80 | 5.22 |
| 10/20/04 | Mail Room | 01 MO/Checks (Not Held) | 294225 | 111268 | Miles, Charles | 30.00 | 35.22 |
| 10/20/04 | Disbursements | 73 Court Ordered Fees | 294320 | Chk #52609 | 0006326, Clerk-Peoria Central, Inv. Date: 08/13/2003 | -6.00 | 29.22 |
| 10/25/04 | Disbursements | 84 Library | 299320 | Chk #52712 | 395621, DOC - Library Copies, Inv. Date: 10/14/2004 | -1.40 | 27.82 |
| 10/25/04 | Disbursements | 84 Library | 299320 | Chk #52712 | 396498, DOC - Library Copies, Inv. Date: 10/20/2004 | -.65 | 27.17 |
| 10/25/04 | Disbursements | 81 Legal Postage | 299320 | Chk #52725 | 396582, DOC: 523 Fund Reimburs, Inv. Date: 10/20/2004 | -3.95 | 23.22 |
| 10/25/04 | Disbursements | 81 Legal Postage | 299320 | Chk #52725 | 395168, DOC: 523 Fund Reimburs, Inv. Date: 10/13/2004 | -.60 | 22.62 |
| 10/25/04 | Disbursements | 81 Legal Postage | 299320 | Chk #52725 | 395189, DOC: 523 Fund Reimburs, Inv. Date: 10/13/2004 | -1.29 | 21.33 |
| 10/27/04 | Point of Sale | 60 Commissary | 301728 | 170965 | Commissary | -21.18 | .15 |
| 11/12/04 | Payroll | 20 Payroll Adjustment | 317120 |  | P/R month of 10/2004 | 8.00 | 8.15 |
| 11/15/04 | Disbursements | 84 Library | 320320 | Chk #52956 | 398798, DOC - Library Copies, Inv. Date: 11/05/2004 | -.15 | 8.00 |
| 11/15/04 | Disbursements | 84 Library | 320320 | Chk #52956 | 398833, DOC - Library Copies, Inv. Date: 11/05/2004 | -.15 | 7.85 |
| 11/17/04 | Point of Sale | 60 Commissary | 322728 | 172604 | Commissary | -6.70 | 1.15 |
| 11/29/04 | Disbursements | 84 Library | 334320 | Chk #53202 | 400994, DOC - Library Copies, Inv. Date: 11/18/2004 | -.25 | .90 |
| 11/29/04 | Disbursements | 80 Postage | 334320 | Chk #53210 | 401150, DOC: 523 Fund Reimburs, Inv. Date: 11/18/2004 | -.80 | .10 |
| 11/29/04 | Mail Room | 01 MO/Checks (Not Held) | 334259 | 4539644035 | Miles, Charles | 30.00 | 30.10 |
| 11/29/04 | Disbursements | 73 Court Ordered Fees | 334320 | Chk #53211 | 0006326, Clerk-Peoria Central, Inv. Date: 08/13/2003 | -6.00 | 24.10 |
| 12/08/04 | Point of Sale | 60 Commissary | 343703 | 173716 | Commissary | -22.14 | 1.96 |
| 12/09/04 | Mail Room | 01 MO/Checks (Not Held) | 344259 | 4550617488 | Miles, Charles | 20.00 | 21.96 |
| 12/10/04 | Payroll | 20 Payroll Adjustment | 345120 |  | P/R month of 11/2004 | 8.00 | 29.96 |
| 12/16/04 | Point of Sale | 60 Commissary | 351728 | 174591 | Commissary | -22.28 | 7.68 |
| 12/16/04 | Disbursements | 84 Library | 351320 | Chk #53465 | 401433, DOC - Library Copies, Inv. Date: 11/22/2004 | -.50 | 7.18 |

Date: 2/24/2005　　　　　　　　　　　　　Pontiac Correctional Center　　　　　　　　　　　　　　Page 2
Time: 11:17am　　　　　　　　　　　　　　　　Trust Fund
d_list_inmate_trans_statement_composite　　　　Inmate Transaction Statement

REPORT CRITERIA - Date: 08/24/2004 thru End;　　Inmate: N41303;　　Active Status Only ? : No;　　Print Restrictions ? : Yes;　　Transaction Type: All Transaction Types;　　Print Furloughs / Restitutions ? : Yes;　　Include Inmate Totals ? : Yes;　　Print Balance Errors Only ? : No

**Inmate: N41303 Miles, Vincent**　　　　　　　　　　　　　　**Housing Unit: PON-SP-05-05**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/16/04 | Disbursements | 80 Postage | 351320 | Chk #53467 | 403620, DOC: 523 Fund Reimburs, Inv. Date: 12/08/2004 | -.37 | 6.81 |
| 12/16/04 | Disbursements | 81 Legal Postage | 351320 | Chk #53467 | 404494, DOC: 523 Fund Reimburs, Inv. Date: 12/10/2004 | -.23 | 6.58 |
| 12/16/04 | Disbursements | 81 Legal Postage | 351320 | Chk #53467 | 405400, DOC: 523 Fund Reimburs, Inv. Date: 12/14/2004 | -.60 | 5.98 |
| 12/16/04 | Disbursements | 81 Legal Postage | 351320 | Chk #53467 | 405413, DOC: 523 Fund Reimburs, Inv. Date: 12/14/2004 | -.37 | 5.61 |
| 12/17/04 | Mail Room | 01 MO/Checks (Not Held) | 352259 | 113832 | Miles, Chuck | 30.00 | 35.61 |
| 12/22/04 | Point of Sale | 60 Commissary | 357728 | 175131 | Commissary | -31.70 | 3.91 |
| 01/07/05 | Payroll | 20 Payroll Adjustment | 007120 | | P/R month of 12/2004 | 8.00 | 11.91 |
| 01/07/05 | Disbursements | 73 Court Ordered Fees | 007320 | Chk #53683 | 0006326, Clerk-Peoria Central, Inv. Date: 08/13/2003 | -6.00 | 5.91 |
| 01/13/05 | Disbursements | 84 Library | 013320 | Chk #53726 | 408605, DOC - Library Copies, Inv. Date: 12/30/2004 | -.85 | 5.06 |
| 01/13/05 | Disbursements | 84 Library | 013320 | Chk #53726 | 410036, DOC - Library Copies, Inv. Date: 01/10/2005 | -.50 | 4.56 |
| 01/13/05 | Disbursements | 84 Library | 013320 | Chk #53726 | 407280, DOC - Library Copies, Inv. Date: 12/22/2004 | -.40 | 4.16 |
| 01/13/05 | Disbursements | 84 Library | 013320 | Chk #53726 | 407272, DOC - Library Copies, Inv. Date: 12/22/2004 | -.20 | 3.96 |
| 01/13/05 | Disbursements | 84 Library | 013320 | Chk #53726 | 407414, DOC - Library Copies, Inv. Date: 12/22/2004 | -.05 | 3.91 |
| 01/13/05 | Disbursements | 84 Library | 013320 | Chk #53726 | 407215, DOC - Library Copies, Inv. Date: 12/22/2004 | -.10 | 3.81 |
| 01/13/05 | Disbursements | 84 Library | 013320 | Chk #53726 | 410349, DOC - Library Copies, Inv. Date: 01/11/2005 | -.05 | 3.76 |
| 01/19/05 | Mail Room | 01 MO/Checks (Not Held) | 019259 | 115160 | Miles, Charles | 30.00 | 33.76 |
| 01/24/05 | Disbursements | 73 Court Ordered Fees | 024320 | Chk #53874 | 0006326, Clerk-Peoria Central, Inv. Date: 08/13/2003 | -6.00 | 27.76 |
| 01/26/05 | Point of Sale | 60 Commissary | 026728 | 177306 | Commissary | -27.53 | .23 |
| 01/26/05 | Disbursements | 84 Library | 026320 | Chk #54095 | 412291, DOC - Library Copies, Inv. Date: 01/26/2005 | -.15 | .08 |
| 02/10/05 | Payroll | 20 Payroll Adjustment | 041120 | | P/R month of 01/2005 | 8.00 | 8.08 |
| 02/15/05 | Disbursements | 81 Legal Postage | 046320 | Chk #54299 | 412642, DOC: 523 Fund Reimburs, Inv. Date: 02/03/2005 | -.83 | 7.25 |
| 02/15/05 | Disbursements | 81 Legal Postage | 046320 | Chk #54299 | 412552, DOC: 523 Fund Reimburs, Inv. Date: 01/27/2005 | -2.67 | 4.58 |

|  |  |
|---:|---:|
| **Total Inmate Funds:** | 4.58 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 14.65 |
| **Funds Available:** | -10.07 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | | Amount |
|---|---|---|---|---|---|---|
| 02/16/2005 | 414739 | Disb | N41303 Legal Postage | 99999 | DOC: 523 Fund Re | $3.95 |
| 02/16/2005 | 414740 | Disb | N41303 Legal Postage | 99999 | DOC: 523 Fund Re | $1.75 |

REPORT CRITERIA - Date: 08/24/2004 thru End;   Inmate: N41303;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N41303  Miles, Vincent**                                **Housing Unit: PON-SP-05-05**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | | Amount |
|---|---|---|---|---|---|---|
| 02/17/2005 | 415069 | Disb | N41303 Library | 2 | DOC - Library Cop | $8.95 |
| | | | | | **Total Restrictions:** | **$14.65** |