## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

```
VINCENT MILES,                     )
                                   )
        Petitioner,                )
                                   )
    v.                             )    No. 05-1026
                                   )
GUY PIERCE,                        )
Warden, Pontiac                    )
Correctional Center,               )
                                   )
        Respondent.                )
```

## **O R D E R**

Vincent Miles seeks to pursue a petition for a writ of habeas corpus under 28 U.S.C. § 2254 in forma pauperis.  His prison account balance is negative and so the IFP application (docket no. 3) will be GRANTED.  The clerk shall file his petition and serve a copy of the petition and memorandum on the respondent and the Illinois Attorney General by certified mail.  The State shall respond to the petition within 60 days of the date of this order.

Signed this <u>7th</u> day of March 2005.

                            s/ Joe B. McDade
                            JOE BILLY McDADE
                            United States District Judge