E-FILED
Thursday, 10 March, 2005  03:34:47 PM
Clerk, U.S. District Court, ILCD

**FILED**

MAR 10 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

05-1026

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Jail Sans_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Joel Sins_  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Guy Pierce, Warden<br>Pontiac CC<br>PO Box 99<br>Pontiac IL 61764 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from servi | 7002 0860 0004 7294 8320 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |