**FILED**

MAR 2 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

057026



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x **RECEIVED**  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  **ATTORNEY GENERAL**  C. Date of Delivery<br>MAR 1 6 2005<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>**OFFICE SRVCS**<br>**MAILROOM** |
| 1. Article Addressed to:<br><br>Bill Browers, Chief<br>Criminal Appeals Bureau<br>IL Attorney General<br>100 W. Randolph, 12th Floor<br>Chicago, IL 60601 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 0860 0004 7294 8337 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |