

551 N.E.2d 1133 (Table)  
179 Ill.App.3d 1109, 551 N.E.2d 1133 (Table), 141 Ill.Dec. 790  
**(Cite as: 179 Ill.App.3d 1109, 551 N.E.2d 1133, 141 Ill.Dec. 790)**

Page 1

(The decision of the Court is referenced in the North Eastern Reporter in a table captioned "Disposition of Cases by Order in the Appellate Court Under Supreme Court Rule 23." "An unpublished order of the court is not precedential and may not be cited by any party except to support contentions of double jeopardy, res judicata, collateral estoppel or law of the case." IL ST S. Ct. Rule 23(e).

Appellate Court of Illinois,  
Third District  
People  
v.  
Miles  
NO. 3-87-0453

NOV 22, 1988

Trial Court County: Peoria

Aff'd in pt., mod. in pt.

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exhibit A