E-FILED
STATE OF ILLINOIS    Monday, 14 November, 2005  11:54:18 AM
Clerk, U.S. District Court, ILCD

APPENDIX "A"



3-01-0597
People v. Vincent Miles

## APPELLATE COURT        THIRD DISTRICT

## OTTAWA

At a term of the Appellate Court, begun and held at Ottawa, on the 1st Day of January in the year of our Lord Two thousand three, within and for the Third District of Illinois:

Present -

       HONORABLE MARY W. McDADE, Presiding Justice

       HONORABLE WILLIAM E. HOLDRIDGE, Justice      X

       HONORABLE KENT SLATER, Justice

       HONORABLE DANIEL L. SCHMIDT, Justice      X

       HONORABLE TOBIAS G. BARRY, Justice

       HONORABLE TOM M. LYTTON, Justice      X

       GIST FLESHMAN, Clerk

BE IT REMEMBERED, that afterwards on September 16, 2003 ___ the Order of the Court was filed in the Clerk's Office of said Court, in the words and figures following viz:

· NOTICE

The text of this opinion may be changed or corrected prior to the time for filing of a Petition for Rehearing or the disposition of the same.

No. 3--01--0597

IN THE

APPELLATE COURT OF ILLINOIS

THIRD DISTRICT

A.D., 2003

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | ) ) ) | Appeal from the Circuit Court of the 10th Judicial Circuit, Peoria County, Illinois, |
| Plaintiff-Appellee, | ) ) | |
| v. | ) ) | No. 86--CF--616 |
| VINCENT MILES, | ) ) | Honorable Michael Brandt, |
| Defendant-Appellant. | ) | Judge Presiding. |

## ORDER  "Not To Be Published"

Defendant Vincent Miles was tried by a jury and found guilty of two counts of murder and one count of attempted murder (Ill. Rev. Stat. 1985, ch. 38, pars. 9--1(a)(2), 9--1(a)(3), 8--4(a), 9--1(a)(1)). The death-qualified jury found defendant ineligible for the death penalty. The court subsequently sentenced him to extended terms of 70 years' imprisonment for murder and 60 years for attempted murder, based on the court's finding that the offenses were accompanied by exceptionally brutal and heinous behavior indicative of wanton cruelty (Ill. Rev. Stat. 1985, ch. 38, pars. 1005--8--2(a)(1), 1005--5--3.2(b)(2)). On direct appeal, this court affirmed defendant's convictions and reduced the sentence for attempted murder to 30 years. People v. Miles, 179 Ill. App. 3d 1109 (1988) (unpublished order under Supreme Court Rule 23).

On February 7, 2001, defendant filed a postconviction petition, claiming that his extended-term sentence for murder violated the constitutional rule set forth in Apprendi v. New Jersey, 530 U.S. 466, 147 L. Ed. 2d 435, 120 S. Ct. 2348 (2000). After appointing counsel to represent defendant, the court granted the State's motion to dismiss. Defendant appeals, and we affirm.

The Supreme Court in Apprendi held that any factor, other than a prior conviction, which increases the penalty for a crime beyond the prescribed statutory maximum for the offense must be pleaded and proved to a jury beyond a reasonable doubt. Apprendi, 530 U.S. 466, 147 L. Ed. 2d 435, 120 S. Ct. 2348. More recently, however, our supreme court ruled that Apprendi does not apply retroactively to cases in which direct appeals were exhausted before Apprendi was decided. People v. De La Paz, No. 93208 (May 8, 2003).

In this case, defendant did not petition for leave to appeal from this court's order issued on November 22, 1988 (Miles, 179 Ill. App. 3d 1109), and his direct appeals were exhausted 21 days later. See 134 Ill. 2d R. 315(b). The Supreme Court's decision in Apprendi was issued on June 26, 2000, more than 11 years after defendant's direct appeals were exhausted. Apprendi, 530 U.S. 466, 147 L. Ed. 2d 435, 120 S. Ct. 2348. Accordingly, based on De La Paz, the trial court did not err in dismissing defendant's petition for relief from his sentence.

The judgment of the circuit court of Peoria County is

2

affirmed.

Affirmed.

LYTTON, J., with HOLDRIDGE and SCHMIDT, JJ., concurring.

3

```
STATE OF ILLINOIS,   )
APPELLATE COURT,     )   ss.
THIRD DISTRICT       )
```

                    As Clerk of the Appellate Court, in and for
said Third District of the State of Illinois, and keeper of the
Records and Seal thereof, I do hereby certify that the foregoing
is a true, full and complete copy of the opinion of the said
Appellate Court in the above-entitled cause, now of record in
this office.

                            In Testimony Whereof, I hereunto set my hand
                            and affix the seal of said Appellate Court at
                            Ottawa, this 16th day of September in the year of
                            our Lord two thousand three.

                            _____
                            Clerk of the Appellate Court

APPENDIX "B"

No. 3-01-0597

IN THE APPELLATE COURT OF ILLINOIS

THIRD JUDICIAL DISTRICT

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | Appeal from the Circuit Court |
| | ) | of the 10th Judicial Circuit, |
| Plaintiff-Appellee, | ) | Peoria County, Illinois |
| | ) | |
| -vs- | ) | No. 86-CF-616 |
| | ) | |
| VINCENT MILES, | ) | Honorable |
| | ) | MICHAEL BRANDT, |
| Defendant-Appellant. | ) | Presiding Judge. |

**NOTICE OF INTENT**

TO:  Hon. Lisa Madigan, Attorney General, 100 W. Randolph, 12th Fl., Chicago 60601
     Hon. Kevin Lyons, State's Attorney, Peoria County Courthouse, Peoria IL 61602
     Mr. Lawrence Bauer, Deputy Director, 628 Columbus St., Ottawa IL 61350

You are hereby notified that Defendant-Appellant in the above entitled

cause intends to appeal to the Supreme Court of Illinois from the judgment

entered by the Appellate Court of Illinois, Third Judicial District, on

September 16, 2003 defendant's conviction and sentence.  In conjunction

Defendant-Appellant submits the affidavit, a copy of which is attached, for

puposes of staying the issuance of the Appellate Court's mandate pursuant

to Supreme Court Rules 368(b) and 612(q).  This notice is being filed on this,

the 23d day of September, 2003, within the 21-day period permitted by Supreme

Court Rule 315(b).

Assisted and Prepared by:
Paul N. Lee, Paralegal
Reg. No. B-58057
P.O. Box 99
Pontiac, IL 61764

Vincent Miles
Register No. N-41203
P.O. Box 99
Pontiac, IL   61764

OFFICIAL SEAL
MARK C. SPENCER
Notary Public - State of Illinois
My Commission Expires

SUBSCRIBED AND SWORN TO BEFORE
ME ON THIS 23rd DAY OF ___ , 200_

NOTARY PUBLIC