E-FILED
Monday, 04 April, 2005  11:55:00 AM
Clerk, U.S. District Court, ILCD

SUPREME COURT OF ILLINOIS
APPELLATE COURT
THIRD DISTRICT

PEOPLE OF THE STATE OF ILLINOIS
                Respondent,

    V.

                                  CASE No. 97149

VINCENT MILES
       Petitioner,

MOTION FOR REHEARING AND ISSUANCE OF STAY.

  Now comes the petitioner, Vincent Miles, Pro Se, and respectfully petitions this Honorable Court to stay the mandate and rehear his petition for leave to appeal pursuant to Supreme Court Rule 368 (a) and 367. In support there of, the petitioner states as followed:

  1. On July 2, 1987, the petitioner was found guilty of first degree murder and attempt murder by a jury and was sentenced to 70 years for murder and 60 for the attempt murder.

  2. On direct appeal, the Appellate Court affirmed his conviction and reduced the sentence for attempt murder to 30 years. PEOPLE V. MILES, 179 ILL.APP. 3d 1109 (1988).

  3. No leave to appeal was filed from the appellate court's order issued November 22, 1988.

  4. On March 28, 1989, the petitioner filed his first Post-conviction which was subsequently denied.

Exhibit D

5. On February 7, 2001, the petitioner filed a Post-conviction petition in light of <u>APPRENDI</u> which was subsequently denied.

6. On September 16, 2003, the Appellate Court affirmed the trial court's order.

7. A timely affidavit of intent was filed on September 23, 2003.

8. On September 23, 2004, the petitioner caused to be filed his petition for leave to appeal which this Honorable Court denied on January 28, 2004.

9. The petitioner petitions this court to rehear said leave to appeal where his cognizable issues raise a question of law **NOT** decided by this Honorable Court in any prior or recent case law.

10. At question is whether the petitioner's extended term sentence violates Separation of Powers and EX POST FACTO PRINCIPLES.

11. The petitioner ask in the interest of justice and fundamental fairness that this Honorable Court rehear his petition for leave to appeal, case No.97149, order briefs to be filed and make a ruling otherwise.

WHEREFORE, VINCENT MILES prays this Honorable Court will issue a stay of the mandate, rehear his petition for leave to appeal and order briefs to be filed.

Respectfully Submitted,

*/s/ Vincent Miles*
VINCENT MILES, PRO SE