

# SUPREME COURT OF ILLINOIS
SUPREME COURT BUILDING
SPRINGFIELD 62701

**JULEANN HORNYAK**
CLERK OF THE COURT
(217) 782-2035

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(217) 524-8132

**FIRST DISTRICT OFFICE**
20TH FLOOR
160 NO. LASALLE ST.
CHICAGO 60601
(312) 793-1332

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(312) 793-1333

April 20, 2004

Mr. Vincent Miles
Reg. No. N-41303
P. O. Box 99
Pontiac, IL 61764

     In re: People State of Illinois, respondent, v. Vincent
           Miles, petitioner.
           No. 97149

Today the following order was entered in the captioned case:

    Motion by petitioner for leave to file a motion for
    reconsideration of the order denying petition for leave to
    appeal. Motion Denied.

    Order entered by the Court.

    Mandate has issued forthwith to the Appellate Court, Third
    District.

                            Very truly yours,

                            *Juleann Hornyak*

                            Clerk of the Supreme Court

cc: Hon. Lisa Madigan
    State's Attorney Peoria County
    State's Attorneys App. Pros. Ottawa

Exhibit G