E-FILED
Wednesday, 06 April, 2005 04:20:44 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS
#### PEORIA DIVISION

April 6, 2005

Vincent Miles
N-41303
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL  61764

RE: Miles v. Pierce, et al
CASE NO. 05-1026


Dear Mr. Miles:

      NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).


                                                                                                  s/ John M. Waters
                                                                                                 JOHN M. WATERS, CLERK
                                                                                                 U.S. DISTRICT COURT


cc:  all counsel