1:05-cv-01026-JBM  # 12  Page 1 of 1  E-FILED
AO 450 (Rev. 5/85) Judgment in a Civil Case   Wednesday, 20 July, 2005 06:43:14 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**JUDGMENT IN A CIVIL CASE**

FILED
JUL 19 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Vincent Miles**

vs.   Case Number: 05-1026

**Guy Pierce; Attorney General of the State of Illinois**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is dismissed.

ENTER this 19th day of July, 2005

s/ John M. Waters
JOHN M. WATERS, CLERK



s/ C. Douglas
BY: DEPUTY CLERK