E-FILED
Friday, 19 August, 2005  03:31:32 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
AUG 1 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Vincent Miles, | ) |
| | ) |
| Petitioner/Appellant, | ) |
| | ) |
| vs. | ) No. 05-1026 |
| | ) |
| Guy Pierce, | ) |
| | ) |
| Respondent/Appellee. | ) |

NOTICE OF APPEAL

Please take notice that Petitioner, Vincent Miles appeals to the United States Court of Appeals for the Seventh Circuit, the decision of the U.S. District Court for the Central District of Illinois, dismissing his Petition for Writ of Habeas Corpus entered on July 19, 2005.

*Vincent Miles*