E-FILED
Friday, 19 August, 2005  03:35:14 PM
Clerk, U.S. District Court, ILCD

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

AUG 1 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Vincent Miles, ) | |
| ) | |
| Petitioner/Appellant, ) | |
| ) | |
| vs. ) | No. 05-1026 |
| ) | |
| Guy Pierce, ) | |
| ) | |
| Respondent/Appellee. ) | |

## APPLICATION FOR A CERTIFICATE OF APPEALABILITY

Now comes Petitioner/Appellant, Vincent Miles, pro se, pursuant to 28 U.S.C. §2253(c) and Rule 22 of the Federal Rules of Appellate Procedure, hereby respectfully requesting this Honorable Court to issue a Certificate of Appealability in the above entitled cause. In support of said request, Petitioner/Appellant states the following:

1. On January 25, 2005, Petitioner/Appellant filed in this Court his pro se Petition for Writ of Habeas Corpus.

2. On April 4, 2005, Respondent filed his Motion to Dismiss, arguing that the Petition should be dismissed as time Barred.

3. On July 19, 2005, this Court granted the Respondent's Motion, and dismissed the Petition.

4. In dismissing the Petition, this Court mischaracterized Petitioner/Appellant's claim.

5. The question that Petitioner/Appellant intends to raise on appeal is:

    a) Whether this Court erred in dismissing the Petition as time-barred, where the Court failed to determine whether the United States Supreme Court's decision in Fiore v. White, 531 U.S. 225 (2001), applies to the Illinois Supreme Court's decision in People v. Swift, 202 Ill.2d 378 (2002), which would eliminate the need for a retroactive application of Apprendi.

6. Petitioner/Appellant takes this appeal in good faith, believing his issue to be meritorious.

Wherefore, based on the foregoing, Petitioner/Appellant prays that this Court will issue him a Certificate of Appealability, allowing him to appeal this Court's dismissal of his pro se Petition.

                                        Respectfully submitted,

                                        _/s/ Vincent Miles_
                                        Vincent Miles