E-FILED
Friday, 19 August, 2005 03:41:32 PM
Clerk, U.S. District Court, ILCD

IN THE

U.S. DISTRICT COURT
CENTRAL DISTRICT OF IL

AUG 18 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

VINCENT MILES
Plaintiff/Petitioner

vs.

GUY PIERCE
Defendant/Respondent

Case No. 05-1026

## PROOF/CERTIFICATE OF SERVICE

TO: JOHN M. WATERS
100 N.E. MONROE ST.
PEORIA, IL 61602

TO: RUSSEL K. BENTON
100 W. RANDOLPH ST.
CHICAGO, IL 60601

PLEASE TAKE NOTICE that on AUG 15, 2005, I placed the documents listed below in the institutional mail at PONTIAC Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: NOTICE OF APPEAL AND CERTIFICATE OF APPEALIBITY

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: 8/15/05

/s/ Vincent Miles
NAME: VINCENT MILES
IDOC No. N41303
PONTIAC Correctional Ctr.
POB 99
PONTIAC, IL
61764