# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois          Docket No.: 05-1026

Division: Peoria Division

### Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)

Vincent Miles                    v.       Pierce, et al

---

**Current Counsel for Plaintiff (Petitioner):**       **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Vincent Miles PRO SE (N-41303)          Name: Russell K. Benton

Firm: Pontiac Correctional Center             Firm: IL Attorney General

Address: PO Box 99                            Address: 12th Floor  100 W Randolph St

Pontiac, IL  61764                            Chicago, IL  60601

Phone: 815-842-2816                           Phone: 312-814-2113

---

Judge: Joe B. McDade                          Nature of Suit Code: 530

Court Reporter: N Mersot                      Date Filed in District Court: 01/28/2005

                                              Date of Judgment: 07/19/2005

                                              Date of Notice of Appeal: 08/18/2005

Counsel:   ___Appointed       ___Retained    _X_ Pro Se

Fee Status:   ___Paid    _X_ Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; _X_ pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**