E-FILED
Thursday, 25 August, 2005 10:46:09 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| VINCENT MILES, | ) |
| Petitioner, | ) |
| v. | ) No. 05-1026 |
| GUY PIERCE, Warden, Pontiac Correctional Center, | ) |
| Respondent. | ) |

# **O R D E R**

Vincent Miles filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 which was dismissed as untimely in July 2005. He now requests a certificate of appealability. 28 U.S.C. § 2253(c). Because his petition was dismissed on procedural grounds, he must demonstrate both that the procedural ruling was reasonably debatable and that he has a substantial constitutional claim. Slack v. McDaniel, 529 U.S. 473, 484 (2000). But the procedural ruling in this case is not debatable, and so the motion for a certificate of appealability (docket no. 14) is DENIED.

Signed this 24th day of August 2005.

/s/ Joe B. McDade
JOE BILLY McDADE
United States District Judge