E-FILED
Monday, 29 August, 2005  04:07:27 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

**OFFICE OF THE CLERK**
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

August 26, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: Miles v. Pierce, et al
        D. C. Docket No. 05-1026
        U. S. C. A. Docket No.

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

    1 Volume of Pleadings

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,
         s/ John M. Waters
        JOHN M. WATERS, CLERK


        BY:  s/ C. Douglas
            Deputy Clerk