**E-FILED**
Friday, 02 September, 2005 02:06:51 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES COURT OF APPEALS

### SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**FILED**

TELEPHONE
(312) 435-5850

SEP - 2 2005

**TO:  District Court Clerk's Office**

**RE:  Notice of Docketing**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The below captioned appeal has been docketed in the United States
Court of Appeals for the Seventh Circuit:

Appellate Court No.:  05-3543              Docketed on: 8/30/05
Short Caption:        Miles, Vincent v. Pierce, Guy D.
District Court Judge: Joe Billy McDade
District Court No.:   05 C 1026

If you have any questions regarding this appeal, please call this
office.

(1003-012490)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### FEE NOTICE and ORDER

**Date: August 30, 2005**
**Re:** Miles, Vincent v. Pierce, Guy D.
     Appeal No.: 05-3543

Appeal from the United States District Court for the
Central District of Illinois
No. 05 C 1026, Joe Billy McDade, Judge

To:      Vincent Miles
         PONTIAC CORRECTIONAL CENTER
         #N-41303
         P.O. Box 99
         Pontiac, IL  61764

        Circuit Rule 3(b) empowers the clerk to dismiss an appeal
if the docket fee is not paid within fourteen (14) days of the
docketing of the appeal.   This appeal was docketed on 8/30/05.
The District Court has indicated that as of 8/18/05 the docket
fee has not been paid.  Depending on your situation, you should:

  1. Pay the required $250.00 docketing fee PLUS the $5.00
     notice of appeal filing fee to the District Court Clerk,
     **if you have not already done so.**  The Court of Appeals
     cannot accept this fee.  You should keep a copy of the
     receipt for your records.

  2. File a motion to proceed on appeal in forma pauperis
     with the District Court, along with a certified copy of your
     prison trust account statement for the 6 month period preceding
     the filing of the notice of appeal, **if you have not already
     done so.** An original and three copies of that motion, with
     proof of service on your opponent, is required.  This motion
     must be supported by a sworn affidavit in the form prescribed by
     Form 4 of the Appendix of Forms to the Federal Rules of Appellate
     Procedure (as amended 12/1/98), listing the assets and income
     of the appellant(s).

  3. If the motion to proceed on appeal in forma pauperis is
     denied by the district court, you must either pay the
     required $250.00 docketing fee PLUS the $5.00 notice of
     appeal filing fee to the District Court Clerk, within 14
     days after service of notice of the action of the district
     court, or within 30 days of that date, renew your motion
     to proceed on appeal in forma pauperis with this court.
     If the motion is renewed in this court, it must comply with
     the terms of Fed. R. App. P. 24(a).

     **IT IS ORDERED** that all other proceedings in this appeal

are **SUSPENDED** pending the decision by this court as to whether
to issue a certificate of appealability.  The court will take no
further action in this appeal until the fee status is resolved.

Neither party should tender any brief or motion that is not
related to petitioner's request for a certificate of appealability.
Appellee is under no obligation either to file a brief or to
respond to any such motion filed by appellant.  Any motion not
related to petitioner's request for a certificate of appealability
will be deemed denied without further court action.


(1260-032900)
bcc:    John M. Waters