E-FILED
Thursday, 08 September, 2005  01:27:55 PM
Clerk, U.S. District Court, ILCD



## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

August 26, 2005

**05-3543**

**FILED**
SEP 0 8 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: Miles v. Pierce, et al
D. C. Docket No. 05-1026      05-3543
U. S. C. A. Docket No.

Dear Mr. Agnello:

   I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

   1 Volume of Pleadings

   Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

                    Very truly yours,
                     s/ John M. Waters
                    JOHN M. WATERS, CLERK


                    BY:  s/ C. Douglas
                          Deputy Clerk

U.S.C.A.—7th Circuit
**FILED**
SEP 0 6 2005  DW
GINO J. AGNELLO
CLERK
DOC. #

**ON AIMS**
SEP 0 6 2005
DW

U.S.C.A.—7th Circuit
**RECEIVED**
AUG 3 1 2005  JC
GINO J. AGNELLO
CLERK