# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

September 7, 2005

**FILED**
SEP - 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**By the Court:**

| | |
|---|---|
| VINCENT MILES,<br>　　Petitioner-Appellant,<br><br>No. 05-3543　　　　v.<br><br>GUY D. PIERCE, Warden,<br>　　Respondent-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 05 C 1026<br>]<br>] Joe Billy McDade, Judge. |

### O R D E R

On consideration of "RESPONDENT-APPELLEE'S JURISDICTIONAL MEMORANDUM" filed on September 6, 2005,

IT IS ORDERED that this appeal shall proceed to a determination of appellant's fee status on appeal, and to a determination whether a certificate of appealability should issue.

Briefing in this appeal is SUSPENDED until further court order.