E-FILED
Friday, 30 September, 2005  01:37:22 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| VINCENT MILES, | ) |
| Petitioner, | ) |
| v. | ) No. 05-1026 |
| GUY PIERCE, | ) |
| Respondent. | ) |

## **O R D E R**

Before the Court is Petitioner Vincent Miles', Motion To Proceed On Appeal In Forma Pauperis ("Motion") [Doc. #23].  For the reasons that follow, Petitioner's Motion is denied.

On September 26, 2005, Petitioner erroneously filed the instant Motion with the Seventh Circuit Court of Appeals.  The following day, the Seventh Circuit Court of Appeals ordered the clerk of the court to transfer the instant Motion to this Court for a ruling on the Motion in the first instance [Doc. #22].

Under the Rules Governing Section 2254 Cases, Petitioner is required to submit a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances, during the last six months in his institutional accounts.  His instant Motion, however, does not contain such a statement and thus will be DENIED.  Petitioner is instructed to submit such a statement within 21 days or pay the appropriate filing fee.

Entered this  30  day of September, 2005.

/s/ Joe B. McDade

JOE BILLY McDADE
United States District Judge