UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Wednesday, 19 October, 2005 01:56:27 PM
Clerk, U.S. District Court, ILCD

VINCENT MILES )
)
_____ )
)
Plaintiff, )
)
vs. )   No. 05-1026
)   (Supplied by Clerk)
Guy Pierce et al )
)
_____ )
)
Defendant(s) )

FILED
OCT 19 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
WITHOUT PREPAYMENT OF FEES AND COSTS

I, VINCENT MILES, plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of proverty.

3. I am (check one)  Single ____  Married ____  Separated ____  Divorced ✓

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center?  Yes ( )  No (✓)

B. If so, by whom, what is your position, and what is your pay?

NO
_____

C. If not, when were you last employed and what was your pay?  This includes prior inmate positions?

NO
_____

D. Have you received money from any other source, including judgments, in the last 6 months?  Yes ( )  No ( )  If yes, describe each source and state how much you received.

NO
_____

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? _____

F. If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

_____
_____
_____

G. How much money do you have in private checking or savings accounts?

NoNE
_____

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( ) No (✓)

If yes, describe the property and its approximate value:

_____
_____

I. Do you have any debts or obligations? Yes ( ) No (✓)

If yes, list the amount owed, to whom, and any current payments that you are making.

_____
_____

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

_____
_____
_____

K. Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributiions to them.

_____

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

Vincent Miles
SIGNATURE

OCT 7, 2005
DATE

2

## CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ _10.50_ in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securites to his credit according to the records of this institution:

_____

_____

_____

_____

_Janet Jones_
(Authorized Officer)

_Pontiac Corr Center_
(Institution)

_Acct Clerk II_
(Title)

DATE _10/17/05_

IMPORTANT:
   THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

3

| Date: | 10/17/2005 | | | | Pontiac Correctional Center | | Page 1 |
|---|---|---|---|---|---|---|---|
| Time: | 9:21am | | | | Trust Fund | | |
| d_list_inmate_trans_statement_composite | | | | | Inmate Transaction Statement | | |

REPORT CRITERIA - Date: 04/17/2005 thru End;    Inmate: N41303;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: N41303 Miles, Vincent**                                **Housing Unit: PON-SP-05-08**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 2.31 |
| 04/22/05 | Mail Room | 01 MO/Checks (Not Held) | 112259 | 119237 | Miles, Charles | 50.00 | 52.31 |
| 04/26/05 | Disbursements | 73 Court Ordered Fees | 116320 | Chk #55349 | 0008136, Clerk-Peoria Central, Inv. Date: 03/29/2005 | -10.00 | 42.31 |
| 04/26/05 | Disbursements | 81 Legal Postage | 116320 | Chk #55351 | 424549, DOC: 523 Fund Reimburs, Inv. Date: 04/26/2005 | -1.29 | 41.02 |
| 04/26/05 | Disbursements | 81 Legal Postage | 116320 | Chk #55351 | 424520, DOC: 523 Fund Reimburs, Inv. Date: 04/26/2005 | -.60 | 40.42 |
| 04/27/05 | Point of Sale | 60 Commissary | 117776 | 185102 | Commissary | -31.85 | 8.57 |
| 05/04/05 | Point of Sale | 60 Commissary | 124703 | 185481 | Commissary | -6.76 | 1.81 |
| 05/05/05 | Payroll | 20 Payroll Adjustment | 125120 | | P/R month of 04/2005 | 8.00 | 9.81 |
| 05/16/05 | Disbursements | 84 Library | 136320 | Chk #55594 | 424939, DOC - Library Copies, Inv. Date: 04/28/2005 | -1.80 | 8.01 |
| 05/17/05 | Mail Room | 01 MO/Checks (Not Held) | 137259 | 120095 | Miles, Charles | 50.00 | 58.01 |
| 05/17/05 | Disbursements | 73 Court Ordered Fees | 137320 | Chk #55609 | 0008208, Clerk-Peoria Central, Inv. Date: 05/02/2005 | -10.00 | 48.01 |
| 05/20/05 | Disbursements | 88 N41303 Book | 140320 | Chk #55696 | 05/20/05, Star Distributors, L, Inv. Date: 05/20/2005 | -5.50 | 42.51 |
| 05/25/05 | Point of Sale | 60 Commissary | 145776 | 187352 | Commissary | -38.69 | 3.82 |
| 06/01/05 | Point of Sale | 60 Commissary | 152776 | 187530 | Commissary | -3.65 | .17 |
| 06/09/05 | Payroll | 20 Payroll Adjustment | 160120 | | P/R month of 05/2005 | 8.00 | 8.17 |
| 06/13/05 | Disbursements | 84 Library | 164320 | Chk #55845 | 430035, DOC - Library Copies, Inv. Date: 06/03/2005 | -.50 | 7.67 |
| 06/13/05 | Disbursements | 84 Library | 164320 | Chk #55845 | 430147, DOC - Library Copies, Inv. Date: 06/03/2005 | -.10 | 7.57 |
| 06/15/05 | Point of Sale | 60 Commissary | 166776 | 188760 | Commissary | -6.97 | .60 |
| 06/21/05 | Mail Room | 01 MO/Checks (Not Held) | 172262 | P121251 | Miles, Charles | 50.00 | 50.60 |
| 06/21/05 | Mail Room | 01 MO/Checks (Not Held) | 172262 | P121252 | Miles, Charles | 25.00 | 75.60 |
| 06/23/05 | Disbursements | 84 Library | 174320 | Chk #56116 | 432432, DOC - Library Copies, Inv. Date: 06/21/2005 | -.10 | 75.50 |
| 06/23/05 | Disbursements | 84 Library | 174320 | Chk #56116 | 431706, DOC - Library Copies, Inv. Date: 06/15/2005 | -.10 | 75.40 |
| 06/28/05 | Point of Sale | 60 Commissary | 179703 | 189896 | Commissary | -58.17 | 17.23 |
| 07/08/05 | Payroll | 20 Payroll Adjustment | 189120 | | P/R month of 06/2005 | 10.00 | 27.23 |
| 07/08/05 | Point of Sale | 60 Commissary | 189745 | 190543 | Commissary | -13.03 | 14.20 |
| 07/19/05 | Disbursements | 84 Library | 200320 | Chk #56325 | 432804, DOC - Library Copies, Inv. Date: 06/24/2005 | -.10 | 14.10 |
| 07/19/05 | Disbursements | 84 Library | 200320 | Chk #56325 | 432808, DOC - Library Copies, Inv. Date: 06/24/2005 | -.10 | 14.00 |
| 07/19/05 | Disbursements | 84 Library | 200320 | Chk #56325 | 434480, DOC - Library Copies, Inv. Date: 07/11/2005 | -.40 | 13.60 |
| 07/19/05 | Disbursements | 84 Library | 200320 | Chk #56325 | 433332, DOC - Library Copies, Inv. Date: 06/29/2005 | -.20 | 13.40 |
| 07/19/05 | Disbursements | 81 Legal Postage | 200320 | Chk #56326 | 434458, DOC: 523 Fund Reimburs, Inv. Date: 07/11/2005 | -.60 | 12.80 |
| 07/20/05 | Point of Sale | 60 Commissary | 201745 | 191752 | Commissary | -12.67 | .13 |
| 07/26/05 | Mail Room | 01 MO/Checks (Not Held) | 207262 | 46941339346 | Miles, Charles | 50.00 | 50.13 |
| 07/28/05 | Disbursements | 84 Library | 209320 | Chk #56424 | 435884, DOC - Library Copies, Inv. Date: 07/21/2005 | -2.70 | 47.43 |
| 07/28/05 | Disbursements | 84 Library | 209320 | Chk #56424 | 436044, DOC - Library Copies, Inv. Date: 07/25/2005 | -.05 | 47.38 |
| 07/28/05 | Disbursements | 81 Legal Postage | 209320 | Chk #56425 | 435629, DOC: 523 Fund Reimburs, Inv. Date: 07/20/2005 | -.46 | 46.92 |
| 07/28/05 | Disbursements | 90 Medical Co-Pay | 209320 | Chk #56425 | 435749, DOC: 523 Fund Reimburs, Inv. Date: 07/20/2005 | -2.00 | 44.92 |
| 08/03/05 | Point of Sale | 60 Commissary | 215776 | 192678 | Commissary | -44.46 | .46 |
| 08/05/05 | Payroll | 20 Payroll Adjustment | 217120 | | P/R month of 07/2005 | 10.00 | 10.46 |

REPORT CRITERIA - Date: 04/17/2005 thru End;　Inmate: N41303;　Active Status Only ? : No;　Print Restrictions ? : Yes;　Transaction Type: All Transaction Types;　Print Furloughs / Restitutions ? : Yes;　Include Inmate Totals ? : Yes;　Print Balance Errors Only ? : No

**Inmate: N41303 Miles, Vincent**　　　　　　　**Housing Unit: PON-SP-05-08**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/15/05 | Disbursements | 84 Library | 227320 | Chk #56617 | 437185, DOC - Library Copies, Inv. Date: 08/02/2005 | -.25 | 10.21 |
| 08/26/05 | Disbursements | 84 Library | 238320 | Chk #56707 | 439813, DOC - Library Copies, Inv. Date: 08/24/2005 | -.20 | 10.01 |
| 08/26/05 | Disbursements | 84 Library | 238320 | Chk #56707 | 438947, DOC - Library Copies, Inv. Date: 08/17/2005 | -.10 | 9.91 |
| 08/26/05 | Disbursements | 84 Library | 238320 | Chk #56707 | 438946, DOC - Library Copies, Inv. Date: 08/17/2005 | -.80 | 9.11 |
| 08/26/05 | Disbursements | 81 Legal Postage | 238320 | Chk #56715 | 438996, DOC: 523 Fund Reimburs, Inv. Date: 08/17/2005 | -.46 | 8.65 |
| 08/29/05 | Mail Room | 01 MO/Checks (Not Held) | 241262 | 47066238296 | Miles, Charles | 50.00 | 58.65 |
| 08/30/05 | Point of Sale | 60 Commissary | 242703 | 194818 | Commissary | -51.78 | 6.87 |
| 09/09/05 | Payroll | 20 Payroll Adjustment | 252120 | | P/R month of 08/2005 | 10.00 | 16.87 |
| 09/13/05 | Disbursements | 84 Library | 256320 | Chk #56863 | 441513, DOC - Library Copies, Inv. Date: 09/08/2005 | -.50 | 16.37 |
| 09/13/05 | Disbursements | 84 Library | 256320 | Chk #56863 | 440658, DOC - Library Copies, Inv. Date: 08/31/2005 | -.20 | 16.17 |
| 09/13/05 | Disbursements | 84 Library | 256320 | Chk #56863 | 440438, DOC - Library Copies, Inv. Date: 08/30/2005 | -.25 | 15.92 |
| 09/13/05 | Disbursements | 80 Postage | 256320 | Chk #56864 | 440751, DOC: 523 Fund Reimburs, Inv. Date: 09/01/2005 | -.23 | 15.69 |
| 09/13/05 | Disbursements | 81 Legal Postage | 256320 | Chk #56864 | 441045, DOC: 523 Fund Reimburs, Inv. Date: 09/07/2005 | -1.06 | 14.63 |
| 09/14/05 | Point of Sale | 60 Commissary | 257776 | 195908 | Commissary | -13.50 | 1.13 |
| 09/23/05 | Mail Room | 01 MO/Checks (Not Held) | 266225 | 124483 | Miles, Charles | 50.00 | 51.13 |
| 09/26/05 | Disbursements | 84 Library | 269320 | Chk #57036 | 443142, DOC - Library Copies, Inv. Date: 09/21/2005 | -1.20 | 49.93 |
| 09/26/05 | Disbursements | 81 Legal Postage | 269320 | Chk #57038 | 442842, DOC: 523 Fund Reimburs, Inv. Date: 09/21/2005 | -1.75 | 48.18 |
| 09/28/05 | Point of Sale | 60 Commissary | 271703 | 197217 | Commissary | -45.12 | 3.06 |
| 10/14/05 | Payroll | 20 Payroll Adjustment | 287120 | | P/R month of 09/2005 | 10.00 | 13.06 |

|  |  |
|---|---|
| **Total Inmate Funds:** | 13.06 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 2.56 |
| **Funds Available:** | 10.50 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor |  | Amount |
|---|---|---|---|---|---|---|
| 10/05/2005 | 444496 | Disb | N41303 Library | 2 | DOC - Library Cop | $1.50 |
| 10/06/2005 | 444617 | Disb | N41303 Legal Postage | 99999 | DOC: 523 Fund Re | $1.06 |
|  |  |  |  |  | **Total Restrictions:** | **$2.56** |