DC Clerk E-FILED
Thursday, 03 November, 2005  04:06:57 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### CIRCUIT RULE 3(b) NOTICE

Date: November 1, 2005

No. 05-3543

VINCENT MILES,
        Petitioner - Appellant

  v.

GUY D. PIERCE, Warden,
        Respondent - Appellee

FILED
NOV - 3 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:    Vincent Miles
       PONTIAC CORRECTIONAL CENTER
       #N-41303
       P.O. Box 99
       Pontiac, IL  61764

Appeal from the United States District Court for the
Central District of Illinois
No. 05 C 1026, Joe Billy McDade, Judge

     This court's records indicate that on 10/27/05 the District Court denied your motion to proceed in forma pauperis.

Pursuant to Federal Rule of Appellate Procedure 24(a),

    **WITHIN THE NEXT 30 DAYS YOU MUST <u>EITHER</u>:**

1. Pay the required $250.00 docketing fee PLUS the $5.00 filing fee ($255.00 TOTAL) to the District Court Clerk. The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2. File a motion to proceed in forma pauperis with the Court of Appeals. An original and three (3) copies of that motion, with proof of service on your opponent, is required. This motion must be supported by an affidavit in the form of a sworn statement listing your assets and income.

    **IF ONE OF THE ABOVE ACTIONS IS NOT TAKEN WITHIN 30 DAYS FROM THE DATE LISTED ABOVE, YOUR CASE WILL BE DISMISSED, PURSUANT TO CIRCUIT RULE 3(b).**

(1085-110393)