E-FILED
Tuesday, 20 December, 2005 10:59:29 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**DISMISSAL PER CIRCUIT RULE 3(b)**

FILED

DEC 2 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: December 15, 2005

By the Court:

No. 05-3543

VINCENT MILES,
        Petitioner - Appellant
  v.

GUY D. PIERCE, Warden,
        Respondent - Appellee


Appeal from the United States District Court for the
Central District of Illinois
No. 05 C 1026, Joe Billy McDade, Judge

    This cause, docketed on 8/30/05, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).


(1030-110293)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE OF ISSUANCE OF MANDATE**

DATE:   December 15, 2005

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Room 309
        100 N.E. Monroe Street
        Peoria, IL  61602

FROM:   Gino J. Agnello, Clerk

RE:     05-3543
        Miles, Vincent v. Pierce, Guy D.
        05 C 1026, Joe Billy McDade, Judge

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

The record that was filed with this court in this cause will be returned at a later date.

Copies of this notice sent to:          Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____        _____
(1203-052495)                            Deputy Clerk, U.S. District Court