# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF RECORD RETURN

**DATE:** March 22, 2006

**TO:** John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL 61602

**FROM:** Gino J. Agnello, Clerk

**RE:** 05-3543
Miles, Vincent v. Pierce, Guy D.
05 C 1026, Joe Billy McDade, Judge

FILED
MAR 23 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
MAR 22 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The mandate or agency closing letter in this cause issued on 12/15/05.

Returned herewith is the record which was transmitted to this court.

**ENCLOSED:**

| | |
|---|---|
| [ ] | Volumes Administrative Record |
| [1] | Volumes Pleadings |
| [ ] | Loose Pleadings |
| [ ] | Volumes Transcripts |
| [ ] | Volumes Exhibits |
| [ ] | Volumes Depositions |
| [ ] | In Camera material |
| [ ] | Other:_____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

-------------------------------------------------------------

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: 3/23/2006

s/ C. Lambie
Deputy Clerk, U.S. District Court
or Agency Representative

(1073-042591)